AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Robert Cloutier
7 Harold Street
Arlington, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05M-1130-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 12, 2003 to February 24, 2004 in Middlesex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

knowingly transport and ship in interstate commerce, by means of a computer, visual depictions, the production of which visual depictions involved the use of minors engaged in sexually explicit conduct, and which visual depictions were of such sexually explicit conduct; and did knowingly distribute visual depictions that had been shipped and transported in interstate and foreign commerce, by means of a computer, the production of which visual depictions involved the use of minors engaged in sexually explicit conduct, and which visual depictions were of such sexually explicit conduct

in violation of Title 18 United States Code, Section(s) 2252(a)(1) and (a)(2).

I further state that I am a(x) Special Agent, FBI (Official Title) and that this complaint is based on the following facts:

See attached affidavit of Robert J.E. Blackmore

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
ROBERT J.E. BLACKMORE

Sworn to before me and subscribed in my presence,

8/25/05
Date

at Boston, MA
City and State

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.