05 M - 1130 JGD

## AFFIDAVIT OF SPECIAL AGENT ROBERT J.E. BLACKMORE

I, Robert J.E. Blackmore, hereby depose and state as follows:

1.  I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") assigned to the Boston Division, and have been so employed for approximately the last five years.  My current assignment is to the Cyber Crimes Squad of the Boston Division.  I have received specialized FBI training in both the investigation of computer and computer-related crimes and crimes involving the sexual exploitation of children.  As a member of the Cyber Crimes Squad, my responsibilities include the investigation of various criminal offenses, including the investigation of crimes involving the sexual exploitation of children.  I have participated in several investigations that have involved images of child pornography.  While employed by the FBI, I have also participated in several investigations in which I have collected evidence in an electronic form.

2.  I make this affidavit in support of a criminal complaint and arrest warrant for Robert Cloutier ("Cloutier"), of 7 Harold Street, Arlington, Massachusetts, charging him with transporting and distributing child pornography, in violation of 18 U.S.C. §§2252(a)(1) and (2).

3.  As is set forth below, I believe probable cause exists to conclude that there is probable cause that Cloutier has

1

committed violations of Title 18, United States Code, Section
2252(a)(1) (Transportation of Child Pornography), Title 18,
United States Code and Section 2252(a)(2) (Distribution of Child
Pornography).

4.    The information in this affidavit is based on an
investigation conducted by myself, other Special Agents of the
FBI, and other law enforcement officers. This affidavit does not
contain every fact known to me with respect to this
investigation. Rather, it contains those facts that I believe to
be necessary to establish the requisite probable cause to support
a criminal complaint and arrest warrant.

5.    For purposes of this affidavit, any individual below the
age of 18 will be referred to as a "child" or "minor," and any
visual depiction of a child or minor engaging in "sexually
explicit conduct," as defined in Section 2256, will be referred
to as "child pornography."

## SUMMARY OF INVESTIGATION

6.    On May 12, 2003, while acting in an undercover
capacity, SA Steven Forrest ("SA Forrest"), FBI Buffalo, New
York, Division, entered the America Online("AOL") chatroom titled
"WYXXXXXXX." While in the chat room titled WYXXXXXXX, SA Forrest
observed that an individual using the AOL screen name
"Clouts66669," sent a message to the room that stated "anyone
wanna trade im me." At approximately 9:53 am (EDT), SA Forrest,

2

using the undercover screen name "Vidjunkeee," initiated an
Instant Message ("IM") session with Clouts66669 during which SA
Forrest and Clouts66669 discussed trading images of children
engaging in sexual activity.  During the IM session with
Clouts66669, this individual sent SA Forrest fourteen (14) e-
mails, each with one (1) attached image.  The following is a
description of four (4) of the e-mails and attached images
received by SA Forrest:

   a.   At approximately 10:11 am (EDT), SA Forrest received an
        e-mail from Clouts66669.  The attached image was
        titled and is described as follows:
        001_-%20%20%20%20%20%20%20.jpg depicts a
        prepubescent girl with brown hair in a bathtub with
        her mouth open and tongue sticking out.  There is a
        penis near the girl's mouth.

   b.   At approximately 10:16 am (EDT), SA Forrest received an
        e-mail from Clouts66669.  The attached image was
        titled and is described as follows:
        001_!!!!NICESUCK.jpg depicts a prepubescent girl
        with her pants down.  The prepubescent girl appears to
        be performing oral sex on an adult male standing in
        front of her.

   c.   At approximately 10:18 am (EDT), SA Forrest received an
        e-mail from Clouts66669.  The attached image was

                                3

titled and is described as follows:

001_$6SPRD.jpg is a series of four images of a nude

prepubescent girl in both standing and lying positions

exposing her genitals.

d.     At approximately 10:20 am (EDT), SA Forrest received an

e-mail from Clouts66669.  The attached image was

titled and is described as follows:

001_R@YGOLD-STYLE_%20CLOSE.jpg depicts a minor girl

lying down with her legs open exposing her genitals.

7.     On May 19, 2003, an administrative subpoena was served
upon AOL for detailed subscriber information for the AOL screen
name Clouts66669.  In response, AOL provided information that the
account for this screen name was billed to Robert Cloutier, 7
Harold Street, Arlington, Massachusetts, telephone number
(781)641-9581.  Additional information provided by AOL showed
that Cloutier had been an AOL member since August 28, 1998 and
that the account was currently active.

8.     On June 16, 2003, SA Forrest, while acting in an
undercover capacity, entered an AOL chatroom titled
"littleschoolgirl."  While in the AOL chat room titled
littleschoolgirl, SA Forrest observed that an individual using
the AOL screen name Clouts66669 sent a message to the room that
stated "32/m/ma/pic any young girls wanna trade or chat im me
anyone wanna trade im me."  At approximately 3:19 pm (EDT), SA

4

Forrest, using the undercover screen name "Ibrox36", initiated an
IM session with Clouts66669 by asking "do u have vids of under12"
to which CLOUTS66669 stated "yeah." Thereafter, SA Forrest and
Clouts66669 discussed trading images of children engaging in
sexual activity. SA Forrest then received the following e-mails,
with attachments:

>        a.    At approximately 3:31 pm (EDT), SA Forrest
>              received an e-mail from Clouts66669 with a video
>              file attached titled "Childlover_little_
>              Collection_Video_0060.zip." This video is
>              approximately twenty-seven (27) seconds in
>              length and depicts in the first portion of the
>              video a minor girl (age unknown) with her
>              genitalia exposed and in the second portion a
>              minor female (age unknown) performing oral sex
>              on an adult male.
>
>        b.    At approximately 3:38 pm (EDT), SA Forrest
>              received a second email from Clouts66669 with an
>              attached video titled "Underage - Fuck 2.mpg."
>              This video is approximately one minute and seven
>              seconds in length and depicts an adult male
>              engaging in sexual intercourse with a
>              prepubescent girl.

9.    On June 20, 2003, SA Forrest, while acting in an

undercover capacity, logged onto AOL.  While logged onto AOL, SA
Forrest - posing as a fourteen (14) year old girl and using the
undercover screen name "swtcarly89," engaged in an IM session
with an individual using the AOL screen name Clouts66669.  During
the online session Clouts66669 sent SA Forrest an e-mail with an
attached image that Clouts66669 claimed was a picture of himself.
The picture was of a white male wearing glasses, and is pictured
from the waist up.  During the IM session with Clouts66669, SA
Forrest sent an email to Clouts66669 with an attached image of a
clothed female.  SA Forrest advised Clouts66669 that this was a
picture of the 14 year old girl he was posing as, Swtcarly89.
Clouts66669 advised SA Forrest that his name was Rob and that he
lived near Boston, Massachusetts.

     10.  On July 8, 2003, SA Forrest, while acting in an
undercover capacity, and using the screen name swtcarly89, logged
onto AOL.  While logged onto AOL, SA Forrest - posing as a
fourteen (14) year old girl, engaged in an IM session with an
individual using the AOL screen name Clouts66669.  During the IM
session with this individual, Clouts66669 provided SA Forrest
with a cellular telephone number of 781-640-8869.

     11.  On July 11, 2003, SA Forrest, while acting in an
undercover capacity, logged onto AOL.  While logged onto AOL, SA
Forrest - posing as a fourteen (14) year old female, and using
the screen name swtcarly89, engaged in an IM session with an

6

individual using the AOL screen name Clouts66669.  During the IM
session with this individual, Clouts66669 sent SA Forrest four
(4) e-mails with attached images.  One (1) of these e-mails with
its attached image was received at approximately 10:52 am (EDT).
Clouts66669 advised that the image was a photograph of him.

   12.   On January 27, 2004, while acting in an undercover
capacity, SA Forrest logged onto AOL .  While logged onto AOL, SA
Forrest - posing as a fourteen (14) year old female, and using
the screen name swtcarly89, observed that the AOL screen name
Clouts66669 was also signed online.  At approximately 9:22 am
(EST), SA Forrest initiated an IM session with this individual.
During the IM session Clouts66669 sent SA Forrest five (5) e-
mails, all of which had pictures and/or videos attached.  The
following is a description of the e-mails and images received by
SA Forrest:

   a.   At approximately 9:47 am (EST), SA Forrest received an
        e-mail from Clouts66669 that had five (5) images
        attached to it.  Three of these images were titled and
        are described as follows:

        1.   001_nudback3.jpg depicts a nude prepubescent
             girl with blonde hair squatting down with
             her legs open and genitals displayed.

        2.   002_nudback2.jpg depicts a nude prepubescent
             girl with blonde hair lying on a bed with

7

her legs open and genitals displayed.

    3.   003_12yo.jpg depicts a nude prepubescent girl with dark hair standing with hands on hips displaying her breasts and genitals. Located at the top of the image is the text "Exclusive lolitas series: http://lolitave.com.

b.   At approximately 9:50 am (EST), SA Forrest received an e-mail from Clouts66669 that had five (5) images attached to it. Two of these images were titled and are described as follows:

    1.   003_show101%20(1).jpg depicts five(5) prepubescent children, both boys and girls, in various states of nudity touching their genitals.

    2.   004_kids-sexo.8.jpg depicts a minor girl with blonde hair and legs spread sitting on a male. The young female is being vaginally penetrated by the male's penis.

c.   At approximately 9:52 am (EST), SA Forrest received an e-mail from Clouts66669 which had five (5) images attached to it. All of these images depict young girls in the nude. One of these images was titled and is described as follows:

8

1.   004_tjdtth.jpg depicts a minor girl with
brown hair lying on a bed with her legs open
and genitals displayed.

d.   At approximately 10:09 am (EST), SA Forrest received an
e-mail from Clouts66669 that had an attached video
file titled "-leg-lift_fk.mpg." This video is
seventeen (17) seconds in length and depicts an adult
male vaginally penetrating a prepubescent girl.
During the IM session Clouts66669 stated in regard to
this video "i think she is about 8 or 9 could be
young been a while since I've seen it".

e.   At approximately 10:50 am (EST), SA Forrest received an
e-mail from Clouts66669 which had an attached video
file titled "alicia_complete 16min 42sec.wmv." This
video is approximately 16:42 minutes in length and
depicts a prepubescent girl performing oral sex on
an adult male. The video later shows an adult male
wearing a black hood on his head performing oral sex
and vaginally penetrating the prepubescent girl.  In
regard to this video Clouts66669 stated "i think she
is about 9-11 not completely sure i have younger but
this was the first one i saw."

At the end of the IM session with Clouts66669 this individual
provided SA Forrest with a telephone number 781-640-8869 and

9

asked swtcarly89 to call him sometime.

13.    Based on my training and experience I know that the
Internet is a collection of interconnected networks of computers
and that computers connected to the Internet use the Internet
Protocol (IP) addressing system for inter-computer
communications.  I know that an IP address is a unique address
assigned to a computer.   No two machines on the Internet can
have the same IP address at the same time.

14.    On January 30, 2004, SA Forrest served an
administrative subpoena upon AOL for detailed subscriber
information for the AOL screen name Clouts66669 and Internet
Protocol (IP) address log data for January 27, 2004 at 10:09 am
(EST).  In response AOL provided information that the account for
this screen name was billed to Robert Cloutier, 7 Harold Street,
Arlington, Massachusetts, telephone number (718)641-9581.  AOL
advised that on January 28, 2004 at 10:09 am (EST), the account
Clouts66669 was accessed from IP address 24.131.150.50 and that
this IP address is registered to Comcast Cable Communications
("Comcast").

15.    On February 18, 2004, SA Forrest served an
administrative subpoena upon Comcast for subscriber information
for the account that was used to access IP address 24.131.150.50
on January 28, 2004 at 10:09 am (EST).  In response Comcast
advised that on the date and time requested IP address

10

24.131.150.50 by the account subscribed to by Theresa Cloutier, 7 Harold Street, Arlington, Massachusetts, telephone number (718)648-7134.

16.    After receiving the information from Comcast, SA Forrest found that AOL had provided IP address information for January 28, 2004, not January 27, 2004, as was requested in the administrative subpoena. SA Forrest contacted AOL regarding this error and was provided information that the same IP address, 24.131.150.50, had been used to access the account CLOUTS66669 on both January 27, 2004 and January 28, 2004. SA Forrest subsequently contacted Comcast regarding this error and was informed that IP address 24.131.150.50 had been assigned to the same account (Theresa Cloutier, 7 Harold Street, Arlington, Massachusetts) since at least January 23, 2004, including the period of January 27, 2004.

17.    On February 23, 2004, I obtained a driver's license image of Robert J. Cloutier from the Massachusetts Registry of Motor Vehicles. Additional information from this image provided Cloutier's date of birth has being July 31, 1970 and a residential address of 7 Harold Street, Arlington, Massachusetts. I compared the driver's license image to the two images sent by Clouts66669 to SA Forrest on June 20, 2003, and July 11, 2003, where Clouts66669 claimed the images were of himself. Based on this comparison, I believe the person depicted in the driver's

11

license image to be the same person that is in the images sent to
SA Forrest.

18.    On February 24, 2004, SA Forrest, while acting in an
undercover capacity, logged onto AOL.  While logged onto AOL, SA
Forrest - posing as a fourteen (14) year old girl, and using the
screen name swtcarly89, engaged in an IM session with an
individual using the AOL screen name Clouts66669.  During the IM
session with this individual, Clouts66669 sent SA Forrest three
(3) e-mails with attached video files.  Two of these video files
are described as follows:

> a.    At approximately 9:42 am (EST) SA Forrest received
>        an e-mail from Clouts66669 with an attached video
>        file titled "TOTAL ILEAGAL PEDO.mpg."  This
>        video depicts a prepubescent girl being
>        vaginally penetrated by an adult male. This
>        video later shows two minor boys and a minor
>        girl performing oral sex on each other.  During
>        the IM session with Clouts66669, SA Forrest
>        asked Clouts66669 what "Pedo" meant.
>        Clouts66669 responded that "it's someone who
>        goes after young."
>
> b.    At approximately 10:30 am (EST) SA Forrest
>        received an e-mail from Clouts66669 with an
>        attached video file titled "Incest-daddy

12

daughter(1).mpg."  This video depicts an adult

male engaging in sexual activity with a minor

girl.

19.  On February 23, 2004, I sent all of the images sent by

Clouts66669 to SA Forrest to the FBI's Innocent Images Task Force

for comparison to the Child Victim Identification Program("CVIP")

and the Child Exploitation and Obscenity Reference File

("CEORF").  These comparisons were requested in order to

determine if the images of child pornography sent to SA Forrest

matched any known child victims or know images of child

pornography.  FBI Investigative Assistant (IA) Frances T. Bianco

made the requested comparisons and found three (3) images with

positive results from the CVIP.  The three positive results are

described as follows:

> a.   001_-%20%20%20%20%20%20%20%.jpg (see paragraph
>
>      6.a) is part of the Amanda series.  The images
>
>      in the Amanda series were discovered during the
>
>      Bureau of Immigration and Custom's Enforcement
>
>      Operation Hamlet.  The children identified
>
>      during this investigation were sexually abused
>
>      by their legal guardians and/or parents.
>
> b.   001_$6SPRD.jpg (see paragraph 6.c) is part of
>
>      the Jun series.  In the Jun series the abuser
>
>      victimized his niece. The images in this series

13

> were sent across the Internet. These images
> were discovered during an investigation
> conducted by the Florida Department of Law
> Enforcement.

    c.   The image titled 001_nudback2.jpg (see paragraph
12.a.2) is part of the Sara series. Over a two
year period, the victim's birth father, James
Hornack, forced his daughter to masturbate him
and he performed oral sex on her. Hornack took
photographs of these acts, and others, and
transmitted them to unknown individuals via the
Internet. This investigation was conducted by
the Parma, Ohio, Police Department.

20. Based, in part, on the above information, a search
warrant was obtained on March 29, 2004, from the United States
District Court for the District of Massachusetts, authorizing the
search of Cloutier's residence at 7 Harold Street, Arlington,
Massachusetts. The warrant authorized the search for and seizure
of, among other items, computer systems, computer storage media,
and depictions of child pornography.

21. On April 1, 2004, I and fellow FBI agents and other law
enforcement officers executed the search warrant at Cloutier's
residence. Cloutier was present during the search and agreed to
be interviewed. Among the items seized pursuant to the search

14

warrant were two computers and various computer media.

22.   During the interview, Cloutier told me that he used the
AOL screen names Clouts66669, RC7317069, R69BOO, and BOOBEER69,
and the Yahoo! screen name R69BOO2000 to trade images of child
pornography via e-mail.  Cloutier told me that he received images
of child pornography from persons he met in AOL chat rooms,
including "littleschoolgirl," "WYXXXXXXX," and "youngerisbetter."
Cloutier also stated that child pornography would be found in his
Yahoo! "briefcase" under the screen name R69BOO2000.  Cloutier
stated that he had been collecting and trading child pornography
via the Internet for the last few years.  Cloutier also told me
that he had known for about the last year that it was illegal to
possess and download child pornography.

23.   Cloutier told me that he also received child
pornography over the Internet by using the file sharing program
Kazaa Lite. Cloutier also used this the Kazaa Lite program to
download music and teenage pornographic stories. Cloutier told me
that these stories were of men having sex with young girls and
that he used these stories to sexually gratify himself.

24.   Cloutier told me that he was sexually attracted to
girls between 1 - 15 years old.

25.   Cloutier told me that he had e-mailed child pornography
to other persons at least 100 times.  Cloutier stated that the
images he sent to others came from images found on his computer's

hard drive. Cloutier estimated that approximately 75% of the pornography on his computer was child pornographic in nature.

26. Cloutier told me that he did e-mail images of child pornography to at least three persons that he believed to be minor females. Cloutier identified one of these minor females by the screen name "sweetcarly" who he believed to be between 13 - 15 years old.

27. A digital forensic examination of the computers and computer related items seized pursuant to the search warrant was performed by FBI CART Certified Forensic Examiner Yohel Diaz. I reviewed the results obtained from this forensic examination and found what I believe to be approximately 550 pornographic images. Based on my training and experience I believe approximately 270 of these images to be child pornographic in nature.

28. On September 22, 2004, I sent the images, that appeared to be child pornographic in nature, that I obtained from the digital forensic examination of the computers and computer related items to the FBI's Innocent Images Task Force for comparison to the CVIP and CEORF. The comparisons were requested in order to determine if the images of child pornography on Cloutier's computer system matched any known child victims or images of child pornography. FBI Investigative Assistant ("IA") Monica Ma made the requested comparisons. Positive results from the CVIP and the CEORF.

16

29.   Among the positive CVIP results were the following
images/videos:

> a.   - (spaces) facialcum[29].jpg. This image is
> visually identical to the image titled 001_-
> %20%20%20%20%20%20%20%.jpg (described in
> paragraph 6.a above) and is part of the Amanda
> series (paragraph 19.a above).  This image was
> located on a zip disc found in Cloutier's
> residence.
>
> b.   6yr. old little vicky getting her cherry
> popped.mpg - Video approximately 46 seconds long
> depicting a naked prepubescent girl lying down
> and being vaginally penetrated.  The video goes
> on to depict the girl sitting on the lap of an
> adult male and being vaginally penetrated by the
> male's penis.  This video is from the Baby J
> series.   This video was found on Cloutier's
> computer in the path oldcdrive\Documents and
> Settings\rcloutier\My Documents\.
>
> c.   BabyJ-Lick.mpg - Video approximately 27 seconds
> long depicting a prepubescent girl performing
> oral sex on an adult male.  This video is from
> the Baby J series.  This video was found on
> Cloutier's computer in the path  oldcdrive\

17

Documents and Settings\rcloutier\My
Documents\.

d.    -    (Spaces)  leg-lift_fk.mpg - Video
approximately 17 seconds long depicting a naked
prepubescent girl being vaginally penetrated by an
adult male.  This video is from the Baby J series.
This video was found on Cloutier's computer in the
path oldcdrive\Documents and Settings\rcloutier\
My Documents\.  I compared the contents of this
video to the video described in paragraph 15. d.
above and found them to be visually identical.

e.    BabyJ-Cum.mpg - Video approximately 1 minute six
seconds long depicting a naked prepubescent girl
lying down with an adult male performing oral
sex on the girl. The video goes on to show the
adult male vaginally penetrating the girl with
his penis and then ejaculating on the girl's
vagina.  This video is from the Baby J series.
This video was found on Cloutier's computer in
the path My Shared Folder\.

The images/videos in the Baby J series depict a girl between four
and six years of age engaged in sexual activity with her father.
The father pleaded guilty to child molestation charges in Georgia
and was sentenced to 30 years incarceration.  The investigation

18

was conducted by the FBI's Atlanta, Georgia, Division.

30. On April 20, 2005, I further reviewed the results of the forensic exam and found an image titled Carly.jpg in the path "oldcdrive\Documents and Settings\rcloutier\My Documents\My Pictures\Carly.jpg."

31. On May 11, 2005, SA Forrest provided me with the image that he, while acting in an undercover capacity and posing as a 14 year old girl, had e-mailed to Clouts66669 on June 20, 2003, (see paragraph 9 above) and which SA Forrest told Clouts66669 that this was a picture of the 14 year old girl he was posing as. I compared this image to the image Carly.jpg (described in paragraph 30) and found them to be visually identical.

32. Based on the foregoing, I believe there is probable cause to conclude that Robert Cloutier, residing at 7 Harold Street, Arlington, Massachusetts, has committed violations of Title 18, United States Code, Section 2252 (a)(1) (Transportation

of Child Pornography) and Title 18, United States Code, Section
2252 (a)(2) (Distribution of Child Pornography).

Robert J.H.   Blackmore
Special Agent,
Federal Bureau of Investigation

        Sworn and subscribed to before me this 25th day of August,
2005.

JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE