UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 05m-1130-JGD |
| ) | |
| ROBERT CLOUTIER | |

MOTION TO ALLOW THE DEFENDANT
TO TRAVEL IN ORDER TO ASSIST HIS BROTHER IN MOVING

The defendant, Robert Cloutier, respectfully requests that this Court allow him to leave the District of Massachusetts from November 2, 2005 to November 6, 2005 to travel to Providence, RI then to Derry, NH in order to assist his older brother David Cloutier in moving. He would be staying with his brother and his brother's wife from the 2nd until the 4th in Providence then in Derry on the 5th. Mr. Cloutier will be under the supervision of his brother and his brother's wife throughout the period in issue. There are no children living in the home.

The government, per Assistant United States Attorney Timothy Feeley, assents to this motion. Pre-trial Services Officer David Picozzi assents to this request.

    ROBERT CLOUTIER
    By his attorney,

    /s/ Catherine K. Byrne
    Catherine K. Byrne
      B.B.O. #543838
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061

Date: October 27, 2005