UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05m-1130-JGD |
| | ) | |
| ROBERT CLOUTIER | | |

<u>ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE</u>

The defendant, Robert Cloutier, respectfully requests that the status date in the above case be continued from February 14, 2006 to March 15, 2006. As reason therefore, defendant needs additional time to review discovery (specifically to obtain evidence contained on two computer hard drives from the government and to review the evidence with an expert).

If the court allows this continuance, defendant also moves that the time between February 14, 2006 and the next scheduled court date be excluded from the speedy trial calculation.

The government, per Assistant United States Attorney Timothy Feeley, assents to this motion.

                                            ROBERT CLOUTIER
                                            By his attorney,

                                            /s/ Catherine K. Byrne
                                            Catherine K. Byrne
                                              B.B.O. #543838
                                            Federal Defender Office
                                            408 Atlantic Avenue, 3rd Floor
                                            Boston, MA  02110
                                            Tel: 617-223-8061

CERTIFICATE OF SERVICE

     I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Assistant U.S. Attorney Timothy Feeley, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 14, 2006

                                                     /s/Catherine K. Byrne
                                                   Catherine K. Byrne